FILED'09 JUL 21 14:07USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CHRISTIE DIMON,

        **Plaintiff,**

v.

        Civil No. 08-6152-HO

STATE OF OREGON,

        **Defendant.**

# JUDGMENT

Jury finds for the defendant and against plaintiff.

Dated: July 21, 2009.

        MARY L MORAN, Clerk

        By *Lea Force*

        Lea Force, Deputy

**JUDGMENT**          **DOCUMENT NO:** _____